No. 99–5225.  TAYLOR *v.* HANNIGAN, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 99–5226.  CHUKWUEZI *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–5227.  BRADLEY *v.* TAYLOR.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 99–5229.  CAMPBELL ET AL. *v.* CITY OF UPLAND.  C. A. 9th Cir.  Certiorari denied.

No. 99–5230.  STEDMAN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 99–5231.  SWANSON *v.* UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 99–5232.  OHAEGBU *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–5233.  REED *v.* PHILLIPS, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 99–5234.  CASTLEBERRY *v.* LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 99–5235.  BELASQUEZ *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–5237.  CATOE *v.* MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 99–5238.  CORONA ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–5239.  KOENIG *v.* HAGY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–5240.  JOHNSON *v.* DeLOACH, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–5241.  JENKINS, AKA WRIGHT *v.* UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 99–5243.  DUNLAP *v.* COLORADO.  Sup. Ct. Colo.  Certiorari denied.